UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSTON, | No. C 09-267 MHP (pr) |
| Petitioner, | **ORDER** |
| v. | |
| ROBERT L. AYERS, warden, | |
| Respondent. | |

Petitioner's request for a certificate of appealability is DENIED. (Docket # 10.) A certificate of appealability is not necessary to appeal from the denial of a habeas petition challenging an administrative decision regarding the execution of the petitioner's sentence by prison officials. See Rosas v. Nielsen, 428 F.3d 1229, 1231-32 (9th Cir. 2005). The clerk shall process the appeal.

IT IS SO ORDERED.

DATED: August 25, 2009

Marilyn Hall Patel
United States District Judge